Outlook

**Transferred case has been opened**

**From** Efile_Notice@laed.uscourts.gov <Efile_Notice@laed.uscourts.gov>
**Date** Wed 7/16/2025 11:24 AM
**To** LAMDml_InterdistrictTransfer <InterdistrictTransfer_LAMD@lamd.uscourts.gov>


CASE: 3:25-cv-00528

DETAILS: Case transferred from Louisiana Middle has been opened in Eastern District of Louisiana as case 2:25-cv-01448, filed 07/14/2025.